Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:  (510) 705-8894
Facsimile:   (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
Corona-College Heights Orange
& Lemon Association; Jacobs, Malcolm
& Burtt; Colorful Harvest, LLC; Twin Peaks
Distributing, Inc.; Christopher Ranch, LLC;
Van Groningen & Sons, Inc., and Ratto Bros., Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY ACCEPTANCE COMPANY; CESAR NEVAREZ aka CESAR NEVAREZ, JR.; and JEAN MARIE GRANATO,<br><br>Defendants. | Case No.  C 11-0426 EDL<br><br>**REQUEST & STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & ~~PROPOSED~~ ORDER**<br><br>**CMC Date:** May 11, 2011<br>**CMC Time:** 4:15 p.m.<br>**CMC Location:** Ctrm. E, 15th Floor<br>                              San Francisco, CA<br>**Before:** U.S. Magistrate Judge Laporte |

     The parties respectfully request that the Case Management Conference currently set for May 11, 2011 at 4:15 p.m. be continued to the next available date (not May 31, 2011).

     This matter was originally scheduled for a CMC on May 10, but on April 28, 2011, the parties were advised by the Clerk's Notice continuing the Case Management Conference, that the CMC would take place on May 11, 2011.

     Unfortunately, Defendant Gateway Acceptance's attorney has a conflict on May 11 and is unavailable the following week; and counsel for Plaintiffs is unavailable on what we believe is

JOINT CMC STATEMENT – Case No.  C 11-00426 – Page 1

1 | the next open date for CMC's on the Court's calendar (May 31st).

2 | Consequently, the parties respectfully request that the Case Management Conference
3 | currently set for May 11, 2011 at 4:15 p.m. be continued to the next available date after May 31,
4 | 2011.

5 | Date: May 4, 2011          RYNN & JANOWSKY, LLP

6 |                            By:   /s/ Marion I. Quesenbery
                                     Marion I. Quesenbery
7 |                                  Attorneys for Plaintiffs

8 | Date: May 4, 2011          MICHAEL CORDON

9 |
                               By:   [signature]
10|                                  Michael Cordon
                                     Attorney for Defendant Gateway Acceptance
11|                                  Company

12|

13| **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14| The Case Management Conference is continued to ___JUNE 9___, 2011, at

15| __3:00 PM__.

16| Date: __5/5/2011__

17|                            _____
                               UNITED STATES MAGISTRATE JUDGE LAPORTE
                               [signature] Judge Elizabeth D. Laporte

JOINT CMC STATEMENT – Case No. C 11-00426 – Page 2