IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>GATEWAY ACCEPTANCE COMPANY, et al.,<br><br>    Defendants. | No. C-11-00426 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a case management conference in this case on June 9, 2011. At that conference, the Court made the following orders:

1. The last day to conduct mediation in this matter is extended to November 30, 2011.

2. No later than July 7, 2011, Plaintiff shall either serve Defendants Neverez and Granato or file a motion for substitute service or a motion for leave to serve by publication.

3. Defendant Gateway Acceptance shall have two weeks after the individual Defendants become parties to this case to file a cross-claim against them.

4. No later than June 23, 2011, the parties shall either file a stipulation to amend the complaint to add Diazteca Company as a plaintiff or Plaintiff shall file a motion for leave to amend the complaint to add Diazteca.

5. A further case management conference is scheduled for August 9, 2011 at 10:00 a.m. The

*//*

*//*

*//*

parties shall file a joint case management conference statement no later than August 2, 2011.

**IT IS SO ORDERED.**

Dated: June 16, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California