IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GATEWAY ACCEPTANCE COMPANY, et al.,<br><br>　　　　　Defendants.　　　　　／ | No. C-11-00426 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court held a case management conference in this case on October 18, 2011. At that conference, the Court made the following orders:

1. The last day to conduct mediation in this matter is extended to March 30, 2012.

2. No later than November 10, 2011, Defendant Gateway shall send a letter to the Court addressing the issues of whether Defendant Granato has appeared and consented to magistrate judge jurisdiction and whether Gateway intends to file cross-claims against Granato.

3. Defendant Gateway stated that it did not oppose the motion to sever Defendant Navarez. The Court will hold the motion to sever in abeyance until the question of Defendant Granato's participation in this case is resolved.

**IT IS SO ORDERED.**

Dated: October 19, 2011

　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge