Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:  (510) 705-8894
Facsimile:   (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiffs
Corona-College Heights Orange
& Lemon Association; Jacobs, Malcolm
& Burtt; Colorful Harvest, LLC; Twin Peaks
Distributing, Inc.; Christopher Ranch, LLC;
Van Groningen & Sons, Inc., and Ratto Bros., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CORONA-COLLEGE HEIGHTS ORANGE & LEMON ASSOCIATION, et al., | Case No.  C 11-0426 RS |
|---|---|
| Plaintiffs, | **STIPULATION & REQUEST TO EXTEND DEADLINE FOR ADR SESSION** |
| v. | |
| GATEWAY ACCEPTANCE COMPANY; CESAR NEVAREZ aka CESAR NEVAREZ, JR.; and JEAN MARIE GRANATO, | |
| Defendants. | |

Plaintiffs and Defendant Gateway Acceptance Company[1] respectfully request that the Court extend the deadline to hold an ADR session from April 25, 2012, for 30 to 45 days [e.g., to June 1, 2012].   The parties have been negotiating an informal settlement of this case, in good faith, over the last several weeks.  And, counsel for both parties believe that they may resolve this matter without the necessity and expense of a mediation.  Consequently, they

---

[1]   Defendants Nevarez and Granato both filed bankruptcy petitions, and consequently, they are not participating in this Stipulation or in the ADR session.

STIP & REQUEST TO EXTEND ADR DEADLINE – Case No. C 11-00426 RS – Page 1

seek this extension to allow them time to complete their settlement efforts, and hopefully, to arrive at a mutually agreeable resolution of this dispute.

The appointed mediator, Sunil Kulkarni, has been very helpful in moving this matter forward, and he agrees that this proposed extension would be beneficial to the parties.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  April 17, 2012			RYNN & JANOWSKY, LLP

					By:	/s/ Marion I. Quesenbery
						Marion I. Quesenbery
						Attorneys for Plaintiffs

Date:  April 17, 2012			MICHAEL CORDON


					By:	_____
						Michael Cordon
						Attorney for Defendant Gateway Acceptance
						Company


**IT IS SO ORDERED.  The deadline for the ADR session is extended to June 1, 2012.**

Date:  April 19, 2012			_____
						U.S. DISTRICT COURT JUDGE

1 seek this extension to allow them time to complete their settlement efforts, and hopefully, to arrive at a mutually agreeable resolution of this dispute.

The appointed mediator, Sunil Kulkarni, has been very helpful in moving this matter forward, and he agrees that this proposed extension would be beneficial to the parties.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 17, 2012         RYNN & JANOWSKY, LLP

                             By:  /s/ Marion I. Quesenbery
                                  Marion I. Quesenbery
                                  Attorneys for Plaintiffs

Date: April 17, 2012         MICHAEL CORDON

                             By:  _____
                                  Michael Cordon
                                  Attorney for Defendant Gateway Acceptance
                                  Company

**IT IS SO ORDERED.  The deadline for the ADR session is extended to June 1, 2012.**

Date: April 19, 2012         _____
                             U.S. DISTRICT COURT JUDGE

STIP & REQUEST TO EXTEND ADR DEADLINE – Case No. C 11-00426 RS – Page 2