1   Marion I. Quesenbery, Cal. SBN 072308
    RYNN & JANOWSKY, LLP
2   P.O. Box 20799
    Oakland, CA  94620
3   Telephone:  (510) 705-8894
    Facsimile:  (510) 705-8737
4   E-mail:  marion@rjlaw.com

5   Attorneys for Plaintiffs
    Corona-College Heights Orange
6   & Lemon Association; Jacobs, Malcolm
    & Burtt; Colorful Harvest, LLC; Twin Peaks
7   Distributing, Inc.; Christopher Ranch, LLC;
    Van Groningen & Sons, Inc., and Ratto Bros., Inc.

8

9                 UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
    CORONA-COLLEGE HEIGHTS ORANGE          Case No.  C 11-0426 RS
12  & LEMON ASSOCIATION, et al.,
                                           **STIPULATION & REQUEST TO
13              Plaintiffs,                EXTEND DEADLINE FOR ADR
                                           SESSION**
14         v.

15  GATEWAY ACCEPTANCE COMPANY;
    CESAR NEVAREZ aka CESAR NEVAREZ,
16  JR.; and JEAN MARIE GRANATO,

17              Defendants.

18
          Plaintiffs and Defendant Gateway Acceptance Company[1] respectfully request that the
19
    Court extend the deadline to hold an ADR session from April 25, 2012, for 30 to 45 days [e.g., to
20
    June 1, 2012].   The parties have been negotiating an informal settlement of this
21
    case, in good faith, over the last several weeks.  And, counsel for both parties believe that they
22
    may resolve this matter without the necessity and expense of a mediation.  Consequently, they
23

24  _____
    [1]   Defendants Nevarez and Granato both filed bankruptcy petitions, and consequently, they are
          not participating in this Stipulation or in the ADR session.

    STIP & REQUEST TO EXTEND ADR DEADLINE – Case No. C 11-00426 RS – Page 1

1  seek this extension to allow them time to complete their settlement efforts, and hopefully, to

2  arrive at a mutually agreeable resolution of this dispute.

3       The appointed mediator, Sunil Kulkarni, has been very helpful in moving this matter

4  forward, and he agrees that this proposed extension would be beneficial to the parties.

5       We declare under penalty of perjury under the laws of the United States that the

6  foregoing is true and correct.

7  Date:  April 17, 2012                RYNN & JANOWSKY, LLP

8                                       By:    /s/ Marion I. Quesenbery
                                               Marion I. Quesenbery
9                                              Attorneys for Plaintiffs

10 Date:  April 17, 2012                MICHAEL CORDON

11

12                                      By:    _____
                                               Michael Cordon
13                                             Attorney for Defendant Gateway Acceptance
                                               Company

14

15          **IT IS SO ORDERED.  The deadline for the ADR session is extended to June 1, 2012.**

16 Date:  April 19, 2012

17                                      _____
                                               U.S. DISTRICT COURT JUDGE

18

19

20

21

22

23

24

STIP & REQUEST TO EXTEND ADR DEADLINE – Case No. C 11-00426 RS – Page 2

1  seek this extension to allow them time to complete their settlement efforts, and hopefully, to

2  arrive at a mutually agreeable resolution of this dispute.

3      The appointed mediator, Sunil Kulkarni, has been very helpful in moving this matter

4  forward, and he agrees that this proposed extension would be beneficial to the parties.

5      We declare under penalty of perjury under the laws of the United States that the

6  foregoing is true and correct.

7  Date: April 17, 2012                    RYNN & JANOWSKY, LLP

8                                          By:   /s/ Marion I. Quesenbery
                                                 Marion I. Quesenbery
9                                                Attorneys for Plaintiffs

10  Date: April 17, 2012                   MICHAEL CORDON

11                                         By:   _____

12                                               Michael Cordon
                                                 Attorney for Defendant Gateway Acceptance
13                                               Company

14

15      **IT IS SO ORDERED.  The deadline for the ADR session is extended to June 1, 2012.**

16
   Date: April 19, 2012
17
                                                 U.S. DISTRICT COURT JUDGE
18

19

20

21

22

23

24